FILED
DC SUPERIOR COURT
CASE MANAGEMENT

2017 JUN -5  AM 9: 28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

Superior Court for the District of Columbia
**Criminal Division**
Moultrie Courthouse
500 Indiana Ave. NW
Washington, DC 20001

DATE: _____ May 26 , 2017
U.S.A. vs    MALIK DICKEY

CASE NO.:  17-1548ADC
YOUR DOCKET NO   2014CF013424

Enclosed herein please find certified copies and **originals** of the following:

(✓) Warrant of Arrest (Copy)
( ) Indictment (Copy)
(✓) Financial Affidavit
( ) Contribution Order
(✓) Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
(✓) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(✓) Waiver of Rule 5(c)(3) Hearings
( ) Temporary Detention Order
( ) Detention Order by Agreement
( ) Commitment to Another District
(✓) Docket Sheet from this District
( ) Order re: Medical Evaluation and Appropriate Treatment of Detainee
(✓) Other: *Magistrate Judge Criminal Minutes*

FILED
LOGGED _____ ENTERED
_____ RECEIVED

JUN 12 2017

AT BALTIMORE
BY   CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
Deputy Clerk